UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By: Denise Carlon Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
Attorneys for Secured Creditor: Quicken Loans, LLC

In Re:

Daniel J. Costello Jr. aka Daniel Joseph Costello
Debtor(s)

Case No.: 19-30914 JNP

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Denise Carlon__ will be substituted as attorney of record for __Quicken Loans, LLC__, __Creditor__ in this case.[1]

Date: 10/21/2020

/s/ Jerome B. Blank, Esquire
Signature of Former Attorney

Date: 10/20/2020

/s/ Denise Carlon, Esquire
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.