Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-30914 (JNP)**

Daniel J. Costello, Jr.  
124 Lincoln Lane  
Berlin, NJ  08009

Monthly Payment: $1,745.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/08/2020 | $341.54 | 01/24/2020 | $341.54 | 02/04/2020 | $341.54 | 02/21/2020 | $341.54 |
| 03/03/2020 | $341.54 | 03/17/2020 | $341.54 | 03/31/2020 | $341.54 | 04/27/2020 | $1,000.00 |
| 05/13/2020 | $341.54 | 05/27/2020 | $341.54 | 06/10/2020 | $341.54 | 06/24/2020 | $341.54 |
| 07/07/2020 | $341.54 | 07/22/2020 | $341.54 | 08/05/2020 | $341.54 | 08/18/2020 | $341.54 |
| 09/01/2020 | $341.54 | 10/02/2020 | $341.54 | 10/02/2020 | $341.54 | 10/14/2020 | $341.54 |
| 10/30/2020 | $740.00 | 12/10/2020 | $1,745.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DANIEL J. COSTELLO, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING, LLC | 33 | $1,400.54 | $0.00 | $0.00 | $0.00 |
| 2 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | FSB BLAZE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | JEFFERSON HEALTH NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | STATE OF NEW JERSEY | 28 | $1,031.65 | $0.00 | $1,031.65 | $0.00 |
| 7 | ONEMAIN FINANCIAL GROUP, LLC | 24 | $5,730.00 | $159.22 | $5,570.78 | $0.00 |
| 8 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,272.62 | $0.00 | $0.00 | $0.00 |
| 10 | QUICKEN LOANS, INC. | 24 | $54,992.02 | $1,528.06 | $53,463.96 | $0.00 |
| 11 | TD RETAIL CARD SERVICES | 33 | $16,281.13 | $0.00 | $0.00 | $0.00 |
| 12 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SYNCHRONY BANK | 33 | $1,790.38 | $0.00 | $0.00 | $0.00 |
| 14 | MIDLAND FUNDING, LLC | 33 | $2,619.69 | $0.00 | $0.00 | $0.00 |
| 15 | CAVALRY SPV I, LLC | 33 | $2,579.30 | $0.00 | $0.00 | $0.00 |
| 16 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | US BANK RMS CC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | VERIZON BY AMERICAN INFOSOURCE | 33 | $1,133.70 | $0.00 | $0.00 | $0.00 |
| 19 | DANIEL J. COSTELLO JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | STEPHANIE F. RITIGSTEIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | CAPITAL ONE BANK USA, N.A. | 33 | $517.70 | $0.00 | $0.00 | $0.00 |
| 23 | JPMORGAN CHASE BANK, N.A. | 33 | $5,882.46 | $0.00 | $0.00 | $0.00 |
| 24 | TD RETAIL CARD SERVICES | 24 | $500.00 | $13.89 | $486.11 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | SYNCHRONY BANK | 33 | $1,100.27 | $0.00 | $0.00 | $0.00 |
| 26 | CITICARDS CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | QUICKEN LOANS, INC. | 24 | $16,001.11 | $444.62 | $15,556.49 | $0.00 |
| 30 | QUICKEN LOANS, INC. | 13 | $681.00 | $681.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2019 | 10.00 | $0.00 |
| 10/01/2020 | Paid to Date | $7,489.26 |
| 11/01/2020 | 49.00 | $1,745.00 |
| 12/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,974.26 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,598.42 |
| Arrearages: | $1,005.00 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**