Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−30914−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel J. Costello Jr.
   aka Daniel Joseph Costello
   124 Lincoln Lane
   Berlin, NJ 08009

Social Security No.:
   xxx−xx−3989

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on November 6, 2020.

On 6/22/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:          August 4, 2021
Time:          09:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 23, 2021
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel J. Costello, Jr.  
    Debtor

Case No. 19-30914-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jun 23, 2021      Form ID: 185      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel J. Costello, Jr., 124 Lincoln Lane, Berlin, NJ 08009-1176 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518987816 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518553527 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, FSB Blaze, 500 E. 60th Street, PO Box 2534, Omaha, NE 68103 |
| 518593002 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518553529 | + | Jefferson Health New Jersey, c/o Financial Recoveries, 200 E Park Dr, Suite 100, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518553530 | + | NJ Division of Taxation, 50 Barrack St, Trenton, NJ 08608-2006 |
| 518796954 | + | New Jersey Motor Vehicle, PO Box 1502, Moorestown, NJ 08057-9704 |
| 518796018 | + | New Jersey Motor Vehicle Commission, PO Box 1502, Moorestown NJ 08057-9704 |
| 518553533 | + | Phelan Hallinan & Diamond PC, 400 Fellowship Road Ste 100, Mount Laurel, NJ 08054-3437 |
| 518553535 | + | Raymour & Flanigan, c/o TD Bank, PO Box 16029, Lewiston, ME 04243-9507 |
| 518718202 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518553536 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518625518 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518575173 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 23 2021 20:45:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518568514 | + | Email/Text: bankruptcy@cavps.com | Jun 23 2021 20:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518553525 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2021 20:34:58 | Citibank NA, c/o Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 518553526 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2021 20:45:40 | Citicards CBNA, PO BOX 6241, Sioux Falls, SD 57117-6241 |
| 518553528 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2021 20:37:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518576564 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 20:35:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518652401 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2021 20:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI |

Case 19-30914-JNP    Doc 69    Filed 06/25/21    Entered 06/26/21 00:17:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: 185 | Total Noticed: 38 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 48090-2011 |
| 518576987 | + | Email/PDF: cbp@onemainfinancial.com | Jun 23 2021 20:35:28 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518553531 | + | Email/PDF: cbp@onemainfinancial.com | Jun 23 2021 20:56:19 | One Main Financial, 1881 S Delsea Drive, Vineland, NJ 08360-6398 |
| 518553532 | + | Email/PDF: cbp@onemainfinancial.com | Jun 23 2021 20:35:28 | OneMain, PO BOX 1010, Evansville, IN 47706-1010 |
| 518616486 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2021 20:35:31 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 518616615 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 23 2021 20:37:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM,, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518553534 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 23 2021 20:37:00 | Quicken Loans Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518553537 | | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2021 20:35:29 | Syncb/Amazon PLCC, PO BOX 965015, Orlando, FL 32896-5015 |
| 518553538 | + | Email/Text: bankruptcy@cavps.com | Jun 23 2021 20:37:00 | Synchrony Bank, c/o Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 518654151 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2021 20:34:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518553539 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2021 20:37:00 | Synchrony Bank, c/o Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518555821 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2021 20:35:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518553540 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 23 2021 20:37:00 | US Bank RMS CC, PO BOX 108, Saint Louis, MO 63166 |
| 518644484 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 23 2021 20:45:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518553541 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 23 2021 20:36:00 | Verizon, PO Box 4830, Trenton, NJ 08650-4830 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC., dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Daniel J. Costello Jr. mail@jenkinsclayman.com, connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Melanie Carmela Grimes | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC., nj.bkecf@fedphe.com |
| Stephanie F. Ritigstein | on behalf of Debtor Daniel J. Costello Jr. mail@jenkinsclayman.com, kevin@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7