| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>JENKINS & CLAYMAN<br>Eric J. Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | |
| In Re:<br><br>Daniel Costello<br><br>debtor | Case No.:      19-30914<br><br>Adv. No.:     _____<br><br>Hearing Date:      September 1, 2021<br><br>Judge:      JNP |

## CERTIFICATION OF SERVICE

1. I, _____Karlee Severns_____ :

   ❑ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for _____Eric J. Clayman_____, who represents the _____Debtor(s)_____ in the above captioned matter.

   ❑ am the _____ in the above case and am representing myself.

2. On _____August 5, 2021_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   SECOND NOTICE TO CREDITORS AFFECTED BY MOTIONS IN CHAPTER 13 PLANS

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  _____August 5, 2021_____          /s/ Karlee Severns_____
                                                                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa | Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| Quicken Loans, LLC<br>c/o KML Law Group, P.C.<br>Attn: Officer/Managing Agent<br>or General Agent, or any other agent authorized by law to accept service of process<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |