UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JENKINS & CLAYMAN
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

In Re:

Daniel Costello, Jr.

debtor(s)

Case No.: _____19-30914_____

Adv. No.: _____

Hearing Date: _____

Judge: _____JNP_____

## CERTIFICATION OF SERVICE

1. I, _____Karlee Severns_____ :

    ☐ represent the _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for ____Eric J Clayman____, who represents the ____Debtor(s)____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On ___September 3, 2021___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    SIGNED ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __September 3, 2021__        /s/ Karlee Severns_____
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa | Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Daniel Costello, Jr.<br>124 Lincoln Lane<br>Berlin, NJ 08009 | Debtor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Quicken Loans<br>1050 Woodward Avenue<br>Detroit, MI 48226 | Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| KML Law Group, P.C.<br>Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |