UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Daniel J. Costello, Jr.,

Debtor.

Case No.: 19-30914-JNP

Chapter: 13

Hearing Date: 11/29/2022

Judge: Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Secured Creditor's Motion for Relief from Stay re: 124 Lincoln Lane (Docket # 90)

_____

Date: 11/28/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*