UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

Daniel J. Costello, Jr.

Debtor(s)'

Case No. 19-30914 (JNP)

Judge: Jerrold N. Poslusny, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow: Debtor's case be and is hereby allowed to continue at $26,049.26 total receipts applied to plan, then $601 per month for the remaining five (5) months, commencing January 1, 2023 for a total of forty-two (42) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on February 10, 2021 remain in effect.

_____
Jeffery E. Jenkins, Esquire
Attorney for Debtor
Dated: 12/26/22

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: 12/27/2022

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978