Printed on: 12/31/2022                                                                                  Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 19-30914 (JNP)

Daniel J. Costello, Jr.
124 Lincoln Lane
Berlin, NJ  08009

Monthly Payment: $26,049.26
Payments / Month: 1
Current Trustee Comp.: 9.60%

### For the period of 01/01/2022 to 12/31/2022
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $400.00 | 03/15/2022 | $200.00 | 03/29/2022 | $200.00 | 05/05/2022 | $400.00 |
| 05/10/2022 | $200.00 | 05/26/2022 | $200.00 | 06/10/2022 | $200.00 | 06/22/2022 | $200.00 |
| 07/06/2022 | $200.00 | 07/19/2022 | $200.00 | 08/11/2022 | $200.00 | 08/16/2022 | $200.00 |
| 08/30/2022 | $200.00 | 09/13/2022 | $200.00 | 09/27/2022 | $200.00 | 10/12/2022 | $200.00 |
| 10/27/2022 | $400.00 | 12/16/2022 | $400.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DANIEL J. COSTELLO, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING, LLC | 33 | $1,400.54 | $291.21 | $1,109.33 | $0.00 |
| 2 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | FSB BLAZE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | JEFFERSON HEALTH NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | STATE OF NEW JERSEY | 28 | $1,031.65 | $1,031.65 | $0.00 | $0.00 |
| 7 | ONEMAIN FINANCIAL GROUP, LLC | 24 | $5,730.00 | $5,730.00 | $0.00 | $1,103.49 |
| 8 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,272.62 | $472.53 | $1,800.09 | $0.00 |
| 10 | ROCKET MORTGAGE, LLC | 24 | $2,666.32 | $2,666.32 | $0.00 | $3,414.79 |
| 11 | TD RETAIL CARD SERVICES | 33 | $16,281.13 | $3,385.26 | $12,895.87 | $0.00 |
| 12 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SYNCHRONY BANK | 33 | $1,790.38 | $372.26 | $1,418.12 | $0.00 |
| 14 | MIDLAND FUNDING, LLC | 33 | $2,619.69 | $544.70 | $2,074.99 | $0.00 |
| 15 | CAVALRY SPV I, LLC | 33 | $2,579.30 | $536.29 | $2,043.01 | $0.00 |
| 16 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | US BANK RMS CC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | VERIZON BY AMERICAN INFOSOURCE | 33 | $1,133.70 | $235.73 | $897.97 | $0.00 |
| 19 | DANIEL J. COSTELLO JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | STEPHANIE F. RITIGSTEIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | CAPITAL ONE BANK USA, N.A. | 33 | $517.70 | $107.64 | $410.06 | $0.00 |
| 23 | JPMORGAN CHASE BANK, N.A. | 33 | $5,882.46 | $1,223.12 | $4,659.34 | $0.00 |
| 24 | TD RETAIL CARD SERVICES | 24 | $500.00 | $500.00 | $0.00 | $96.28 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | SYNCHRONY BANK | 33 | $1,100.27 | $228.78 | $871.49 | $0.00 |
| 26 | CITICARDS CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | ROCKET MORTGAGE, LLC | 24 | $775.82 | $775.82 | $0.00 | $993.60 |
| 30 | ROCKET MORTGAGE, LLC | 13 | $681.00 | $681.00 | $0.00 | $0.00 |
| 31 | ROCKET MORTGAGE, LLC | 13 | $538.00 | $0.00 | $538.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2019 | 36.00 | $0.00 |
| 12/01/2022 | Paid to Date | $26,049.26 |
| 01/01/2023 | 5.00 | $601.00 |
| 06/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,400.00 |
| Total paid to creditors this period: | $5,608.16 |
| Undistributed Funds on Hand: | $365.60 |
| Arrearages: | $0.00 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**