# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u>**

**Caption in Compliance with D.N.J.LBR 9004-1**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC
f/k/a Quicken Loans Inc.

CASE NO. 19-30914 JNP
CHAPTER 13
Judge: Jerrold N. Poslusny Jr.

In re:

Daniel J. Costello Jr. aka Daniel Joseph Costello

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 06/29/2017

I, _____Shaina Smith_____, employed as _____Loss Mitigation Officer_____ for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., hereby certifies the following information:

Recorded on 8/14/2017 in <u>Camden</u> County, in Book <u>10679, at</u> Page <u>487</u>.

Property Address: <u>124 Lincoln Ln, Berlin NJ 08009.</u>

Mortgage Holder: <u>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.</u>

Mortgagor(s)/ Debtor(s): <u>Daniel J. Costello Jr. aka Daniel Joseph Costello</u>

POST-PETITION PAYMENTS (Petition filed on November 05, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 12/19/2022 | | | | | - |
| $1,784.97 AO Lump Sum | 11/30/2022 | | $0.00 | | - |
| $2,235.27 | 12/01/2022 | | $0.00 | | - |
| $2,235.27 | 01/01/2023 | | $0.00 | | - |
| $2,235.27 | 02/01/2023 | | $0.00 | | - |
| **Total Due: $8,490.78** | | **Total Received: $0.00** | | **Arrears: $8,490.78** | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $2,235.27
Agreed Order payments past due: 1 X $1,784.97
Arrears: $8,490.78

Each current monthly payment is comprised of:
Principal and Interest:     $1,089.72_____
R.E. Taxes:                      $_____
Insurance:                       $_____
Other:                             $1,145.55_____     (Specify: Escrow)
TOTAL                            $2,235.27_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notice of Mortgage Payment Change effective 07/01/2022.

PRE-PETITION ARREARS: $0.00

I certify under penalty of perjury that the foregoing is true and correct.

Dated: ___03/28/2023_____

_____
Signature