Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–30914–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Daniel J. Costello Jr.
  aka Daniel Joseph Costello
  124 Lincoln Lane
  Berlin, NJ 08009

Social Security No.:
  xxx–xx–3989

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            May 2, 2023
Time:            11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*100* – Debtor's Certification in Opposition to Mortgage Certification of Default (related document:99 Creditor's Certification of Default (related document:90 Motion for Relief from Stay re: 124 Lincoln Ln, Berlin NJ 08009.. Fee Amount $ 188. filed by Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., 95 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.. Objection deadline is 04/12/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.) filed by Jeffrey E. Jenkins on behalf of Daniel J. Costello Jr.. (Attachments: # 1 Certification) (Jenkins, Jeffrey)

and transact such other business as may properly come before the meeting.


Dated: April 10, 2023
JAN: eag

                                                    Jeanne Naughton
                                                    Clerk