Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−30914−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Daniel J. Costello Jr.
 aka Daniel Joseph Costello
 124 Lincoln Lane
 Berlin, NJ 08009

Social Security No.:
 xxx−xx−3989

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 5, 2022.

On August 2, 2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                September 6, 2023
Time:                 09:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 3, 2023
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-30914-JNP |
| Daniel J. Costello, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 03, 2023 | Form ID: 185 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel J. Costello, Jr., 124 Lincoln Lane, Berlin, NJ 08009-1176 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518987816 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518553530 | + | NJ Division of Taxation, 50 Barrack St, Trenton, NJ 08608-2006 |
| 518796954 | + | New Jersey Motor Vehicle, PO Box 1502, Moorestown, NJ 08057-9704 |
| 518796018 | + | New Jersey Motor Vehicle Commission, PO Box 1502, Moorestown NJ 08057-9704 |
| 518553533 | + | Phelan Hallinan & Diamond PC, 400 Fellowship Road Ste 100, Mount Laurel, NJ 08054-3437 |
| 518553535 | + | Raymour & Flanigan, c/o TD Bank, PO Box 16029, Lewiston, ME 04243-9507 |
| 518718202 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 03 2023 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 03 2023 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518575173 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 03 2023 20:38:09 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518568514 | + | Email/Text: bankruptcy@cavps.com | Aug 03 2023 20:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518553525 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2023 20:50:37 | Citibank NA, c/o Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 518553526 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2023 20:38:39 | Citicards CBNA, PO BOX 6241, Sioux Falls, SD 57117-6241 |
| 518553527 | | Email/Text: BNBLAZE@capitalsvcs.com | Aug 03 2023 20:28:00 | FSB Blaze, 500 E. 60th Street, PO Box 2534, Omaha, NE 68103 |
| 518553528 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 03 2023 20:28:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518593002 | + | Email/Text: RASEBN@raslg.com | Aug 03 2023 20:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518553529 | ^ | MEBN | Aug 03 2023 20:22:44 | Jefferson Health New Jersey, c/o Financial Recoveries, 200 E Park Dr, Suite 100, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518576564 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2023 20:38:21 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 19-30914-JNP    Doc 115    Filed 08/05/23    Entered 08/06/23 00:14:26    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2023 | Form ID: 185 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 518652401 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2023 20:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518576987 | + | Email/PDF: cbp@omf.com | Aug 03 2023 20:50:38 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518553531 | + | Email/PDF: cbp@omf.com | Aug 03 2023 20:50:28 | One Main Financial, 1881 S Delsea Drive, Vineland, NJ 08360-6398 |
| 518553532 | + | Email/PDF: cbp@omf.com | Aug 03 2023 20:37:46 | OneMain, PO BOX 1010, Evansville, IN 47706-1010 |
| 518616486 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2023 20:37:54 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 518616615 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 03 2023 20:29:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM,, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518553534 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 03 2023 20:29:00 | Quicken Loans Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518553536 | ^ | MEBN | Aug 03 2023 20:22:45 | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518553537 | | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2023 20:38:15 | Syncb/Amazon PLCC, PO BOX 965015, Orlando, FL 32896-5015 |
| 518553538 | + | Email/Text: bankruptcy@cavps.com | Aug 03 2023 20:29:00 | Synchrony Bank, c/o Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 518555821 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 03 2023 20:38:10 | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 518553539 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2023 20:28:00 | Synchrony Bank, c/o Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518625518 | + | Email/Text: tdebn@credbankserv.com | Aug 03 2023 20:28:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518553540 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 03 2023 20:28:00 | US Bank RMS CC, PO BOX 108, Saint Louis, MO 63166 |
| 518644484 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 03 2023 20:38:51 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518553541 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 03 2023 20:28:00 | Verizon, PO Box 4830, Trenton, NJ 08650-4830 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518654151 | *+ | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2023 | Form ID: 185 | Total Noticed: 37 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2023           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC., dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Daniel J. Costello Jr. mail@jenkinsclayman.com, JenkinsClayman@jubileebk.net |
| Melanie Carmela Grimes | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC., nj.bkecf@fedphe.com |
| Stephanie F. Ritigstein | on behalf of Debtor Daniel J. Costello Jr. mail@jenkinsclayman.com, kevin@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10