| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>JENKINS LAW GROUP<br>Jeffrey E. Jenkins, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | |
| In Re:<br><br>Daniel Costello Jr.<br>Debtor | Case No.: 19-30914<br><br>Adv. No.: ____<br><br>Hearing Date: 11/1/23 at 9:00 am<br><br>Judge: JNP |

## CERTIFICATION OF SERVICE

1. I, Sophia Aguirre Herrera :

☐ represent the ______________________ in the above-captioned matter.

☑ am the secretary/paralegal for Jeffrey E. Jenkins, who represents the Debtor(s) in the above captioned matter.

☐ am the ______________________ in the above case and am representing myself.

2. On 10/27/23, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

MODIFIED CHAPTER 13 PLAN

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 10/27/23

/s/ Sophia Aguirre Herrera
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other ______________________<br>(as authorized by the court *) |
| Rocket Mortgage, LLC fka Quicken Loans, LLC<br>635 Woodward Avenue<br>Detroit, MI 48226<br><br>Email:<br>bankruptcyquestions@rocketmortgage.com | Creditor | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>☑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ______________________<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ______________________<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ______________________<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ______________________<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ______________________<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ______________________<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ______________________<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ______________________<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ______________________<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ______________________<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ______________________<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*new.3/15/12*