Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−30914−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel J. Costello Jr.
   aka Daniel Joseph Costello
   124 Lincoln Lane
   Berlin, NJ 08009

Social Security No.:
   xxx−xx−3989

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/17/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 17, 2023
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-30914-JNP |
| Daniel J. Costello, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 17, 2023 | Form ID: 148 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel J. Costello, Jr., 124 Lincoln Lane, Berlin, NJ 08009-1176 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518987816 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518553530 | + | NJ Division of Taxation, 50 Barrack St, Trenton, NJ 08608-2006 |
| 518796954 | + | New Jersey Motor Vehicle, PO Box 1502, Moorestown, NJ 08057-9704 |
| 518796018 | + | New Jersey Motor Vehicle Commission, PO Box 1502, Moorestown NJ 08057-9704 |
| 518553533 | + | Phelan Hallinan & Diamond PC, 400 Fellowship Road Ste 100, Mount Laurel, NJ 08054-3437 |
| 518553535 | + | Raymour & Flanigan, c/o TD Bank, PO Box 16029, Lewiston, ME 04243-9507 |
| 518718202 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2023 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2023 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518575173 | + | EDI: AIS.COM | Nov 18 2023 01:15:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518568514 | + | Email/Text: bankruptcy@cavps.com | Nov 17 2023 20:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518553525 | + | EDI: PRA.COM | Nov 18 2023 01:15:00 | Citibank NA, c/o Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 518553526 | + | EDI: CITICORP.COM | Nov 18 2023 01:15:00 | Citicards CBNA, PO BOX 6241, Sioux Falls, SD 57117-6241 |
| 518553527 | | Email/Text: BNBLAZE@capitalsvcs.com | Nov 17 2023 20:28:00 | FSB Blaze, 500 E. 60th Street, PO Box 2534, Omaha, NE 68103 |
| 518553528 | | EDI: IRS.COM | Nov 18 2023 01:15:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518593002 | + | Email/Text: RASEBN@raslg.com | Nov 17 2023 20:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518553529 | ^ | MEBN | Nov 17 2023 20:25:10 | Jefferson Health New Jersey, c/o Financial Recoveries, 200 E Park Dr, Suite 100, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518576564 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 20:33:25 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 19-30914-JNP   Doc 121   Filed 11/19/23   Entered 11/20/23 00:19:24   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 148 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 518652401 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2023 20:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518576987 | + | EDI: AGFINANCE.COM | Nov 18 2023 01:15:00 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518553531 | + | EDI: AGFINANCE.COM | Nov 18 2023 01:15:00 | One Main Financial, 1881 S Delsea Drive, Vineland, NJ 08360-6398 |
| 518553532 | + | EDI: AGFINANCE.COM | Nov 18 2023 01:15:00 | OneMain, PO BOX 1010, Evansville, IN 47706-1010 |
| 518616486 | | EDI: PRA.COM | Nov 18 2023 01:15:00 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 518616615 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 17 2023 20:29:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM,, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518553534 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 17 2023 20:29:00 | Quicken Loans Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518553536 | ^ | MEBN | Nov 17 2023 20:25:32 | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518553537 | | EDI: RMSC.COM | Nov 18 2023 01:15:00 | Syncb/Amazon PLCC, PO BOX 965015, Orlando, FL 32896-5015 |
| 518553538 | + | Email/Text: bankruptcy@cavps.com | Nov 17 2023 20:29:00 | Synchrony Bank, c/o Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 518555821 | + | EDI: AIS.COM | Nov 18 2023 01:15:00 | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 518553539 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2023 20:29:00 | Synchrony Bank, c/o Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518625518 | + | EDI: CBSTDR | Nov 18 2023 01:15:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518553540 | | EDI: USBANKARS.COM | Nov 18 2023 01:15:00 | US Bank RMS CC, PO BOX 108, Saint Louis, MO 63166 |
| 518644484 | + | EDI: AIS.COM | Nov 18 2023 01:15:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518553541 | | EDI: VERIZONCOMB.COM | Nov 18 2023 01:15:00 | Verizon, PO Box 4830, Trenton, NJ 08650-4830 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518654151 | *+ | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 17, 2023 | Form ID: 148 | Total Noticed: 37 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC., dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Daniel J. Costello Jr. mail@jjenkinslawgroup.com, JenkinsClayman@jubileebk.net |
| Melanie Carmela Grimes | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC., nj.bkecf@fedphe.com |
| Stephanie F. Ritigstein | on behalf of Debtor Daniel J. Costello Jr. mail@jenkinsclayman.com, kevin@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10