**JEFFREY E. JENKINS, ESQ.**
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

|  |  |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Daniel J. Costello, Jr., Debtor | CHAPTER 13 CASE NO. 19-30914-JNP |
|  | CERTIFICATION TO SEEK BALANCE OF ATTORNEY'S FEES FROM AVAILABLE FUNDS ON HAND |

I, Jeffrey E. Jenkins, by way of Certification hereby state:

1. I am an attorney at law licensed to practice before this court and I am authorized to make this certification.

2. On November 17, 2023 this case listed above was dismissed.

3. Our office was to be paid $4,750.00 through the Chapter 13 plan and our firm elected a flat fee permitted by D.N.J LBR 2016-5(b) and as a result we seek the balance of our attorney's fees from any available funds on hand with the Chapter 13 Trustee.

4. I respectfully submit this certification for the balance of our attorney's fees from any available funds on hand.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 11/21/2023          /s/ Jeffrey E. Jenkins, Esq.
                          Jeffrey E. Jenkins, Esquire
                          Attorney for Debtor